MAY 21, 1962

**Reap. Dec. 10266.**—New York Merchandise Co., Inc. *v.* United States, reappraisement R60/8716. Reappraisement abandoned April 17, 1962. Entered at Los Angeles, Calif. (Not published.) (Initial No. 282231–A.) Motion by plaintiff.

**Reap. Dec. 10267.**—Nisonger Corp. *v.* United States, reappraisement R60/11312, etc. Reappraisements abandoned March 27, 1962. Entered at New York, N.Y. (Not published.) (Initial No. 61/11810.) Motion by plaintiff.

MAY 22, 1962

**Reap. Dec. 10268.**—Joseph A. Paredes & Co., a/c Given Machinery Co. *v.* United States, reappraisement R61/12450. Reappraisement dismissed April 11, 1962. Entered at San Francisco, Calif. (Not published.) Motion by plaintiff.